IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMPO TEANG, | | |
| | Plaintiff, | No. CIV S-11-0024 MCE DAD PS |
| vs. | | |
| GMAC MORTGAGE LLC, | | |
| | Defendant. | |
| _____ / | | |
| KIMPO TEANG, | | |
| | Plaintiff, | No. CIV S-11-1379 MCE CKD PS |
| vs. | | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | | ORDER RELATING CASES |
| | Defendants. | |
| _____ / | | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). The actions involve the same plaintiff, the same property, and a common defendant, are based on the same or similar claims, and involve similar questions of fact and law. Assignment of these cases to the same district judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1    The parties are hereby informed that relating the cases under Local Rule 123
2 merely has the result that the actions are assigned to the same district judge and the same
3 magistrate judge.  The actions are not consolidated.  Under the regular practice of this court,
4 related cases are generally assigned to the district judge and magistrate judge to whom the first-
5 filed action was assigned.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1. The action of <u>Teang v. Federal National Mortgage Association, et al.</u>, CIV S-
8 11-1379 MCE CKD, is reassigned to the Honorable Dale A. Drozd as magistrate judge.  The case
9 is presently assigned to the Honorable Morrison C. England, Jr. as district judge, and therefore no
10 reassignment is necessary with respect to the district judge.  The new case number of the
11 reassigned action is CIV S-11-1379 MCE DAD.
12    2. The parties are informed that all dates set before the current magistrate judge
13 of the reassigned case is VACATED.
14    3. The Clerk of the Court shall make appropriate adjustment in the assignment of
15 civil cases to compensate for this reassignment.
16 DATED: August 12, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:kw
Ddad1\orders.pro se\teang0024.related.ord