IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMPO TEANG,

      Plaintiff,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

      Defendants.

Case No. 2:11-cv-1379 MCE DAD PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

/

On May 23, 2011, plaintiff paid the required filing fee and filed a complaint concerning a mortgage loan foreclosure. Pursuant to a related case order filed on August 15, 2011, the action has been reassigned to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

Good cause appearing, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, September 23, 2011, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Within fourteen (14) days after plaintiff is served with this order, plaintiff shall serve a copy of this order on each defendant. Within five (5) days after serving a copy of this order on a defendant, plaintiff shall file with the court a certificate of service indicating the date

1

and manner of service of this order on the defendant; plaintiff is cautioned that failure to comply with these requirements may result in a recommendation that this action be dismissed for failure to prosecute;

3.  Any party may appear at the Status (Pretrial Scheduling) Conference telephonically _if_ the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference;

4.  Plaintiff shall file and serve a status report on or before **September 9, 2011,** and defendants shall file and serve status reports on or before **September 16, 2011**.  Each party's status report shall address all of the following matters:

  a. Progress of service of process;
  b. Possible joinder of additional parties;
  c. Possible amendment of the pleadings;
  d. Jurisdiction and venue;
  e. Anticipated motions and the scheduling thereof;
  f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;
  g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;
  h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;
  i. Whether the case is related to any other case, including matters in bankruptcy;
  j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

      k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

      l.      Any other matters that may aid in the just and expeditious disposition of this action;

5. Plaintiff is informed that failure to file a timely status report or failure to appear at the status conference in person or telephonically may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. <u>See</u> Local Rules 110 and 183; and

6. Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that <u>a defendant must be dismissed if service of process is not properly effected on that defendant within 120 days from the date the complaint was filed</u>.

DATED: August 23, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\teang1379.ossc