|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
KIMPO TEANG,                         No. 2:11-cv-00024-MCE-DAD

          Plaintiff,

     v.
                                     NON-RELATED CASE ORDER
GMAC MORTGAGE, LLC,

          Defendant.
_____/
KIMPO TEANG,                         No. 2:11-cv-01379-MCE-DAD

          Plaintiff,

     v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

          Defendants.
_____/
KIMPO TEANG,                         No. 2:12-cv-00885-JAM-EFB

          Plaintiff,

     v.

HOMECOMINGS FINANCIAL, LLC,
et al.,

          Defendants.
_____/
```

1

1    The Court has received the Notice of Related Cases
2 concerning the above-captioned cases filed June 8, 2012.  <u>See</u>
3 Local Rule 123, E.D. Cal. (1997).  The Court has determined,
4 however, that it is inappropriate to relate or reassign the
5 cases, and therefore declines to do so.  This order is issued for
6 informational purposes only, and shall have no effect on the
7 status of the cases, including any previous Related (or Non-
8 Related) Case Order of this Court.

9    IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE